UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: ZOLL, MARK | § Case No. 10-02748 |
|---|---|
| | § |
| | § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee. If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

A hearing on the fee applications and any objections to the Final Report will be held at 1:30 pm on August 9, 2013 in Courtroom A, Lake County Courthouse,
North Branch Court
1792 Nicole Lane
Round Lake Beach, Il 60073.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 06/18/2013        By: /s/JOHN E. GIERUM
                                                          Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: ZOLL, MARK § Case No. 10-02748
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 56,502.89 |
| *and approved disbursements of* | $ 17,255.77 |
| *leaving a balance on hand of* [1] | $ 39,247.12 |
| **Balance on hand:** | $ 39,247.12 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 39,247.12

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 4,900.29 | 0.00 | 4,900.29 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 2,016.00 | 0.00 | 2,016.00 |

Total to be paid for chapter 7 administration expenses: $ 6,916.29
Remaining balance: $ 32,330.83

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 32,330.83

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $166,720.41 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6P | Department of the Treasury | 154,512.10 | 0.00 | 32,330.83 |
| 7P | Illinois Department of Revenue | 12,208.31 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 32,330.83
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 3,962,314.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 10,649.81 | 0.00 | 0.00 |
| 2 | PYOD LLC its successors and assigns as assignee of | 21,119.34 | 0.00 | 0.00 |
| 3 | Chase Bank USA, N.A. | 13,991.44 | 0.00 | 0.00 |
| 4 | Sarnoff & Baccash, Ltd. | 6,155.00 | 0.00 | 0.00 |
| 5 | American Express Bank, FSB | 8,155.96 | 0.00 | 0.00 |
| 6U | Department of the Treasury | 23,501.93 | 0.00 | 0.00 |
| 7U | Illinois Department of Revenue | 284.04 | 0.00 | 0.00 |
| 8 | Amatore Laporta | 125,000.00 | 0.00 | 0.00 |
| 9 | Standard Bank and Trust | 3,175,464.29 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| 10 | United Central Bank fka Mutual Bank | 577,993.03 | 0.00 | 0.00 |
|----|-------------------------------------|------------|------|------|

|   |   |   |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None     |          |                         |                          |                  |

|   |   |   |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|----------|----------|-------------------------|--------------------------|------------------|
| None     |          |                         |                          |                  |

|   |   |   |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/JOHN E. GIERUM
Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL 60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                        United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                          Case No. 10-02748-ABG
Mark Zoll                                                       Chapter 7
        Debtor
                          CERTIFICATE OF NOTICE
District/off: 0752-1          User: ccabrales            Page 1 of 3            Date Rcvd: Jun 19, 2013
                              Form ID: pdf006            Total Noticed: 47


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 21, 2013.
db          #+Mark Zoll,    1977 North Royal Birkdale,    Vernon Hills, IL 60061-4572
aty          +Popowcer Caruso Katten Ltd,    Popowcer Caruso Katten Ltd,    35 East Wacker Dr Ste 902,
               Chicago, IL 60601-2120
aty          +William J Mantas,    Gierum & Mantas,    9700 W. Higgins Rd.,,    Suite 1015,
               Rosemont, IL 60018-4712
15004460     +102 Washington LLC,    10 N Sheridan Road,    Waukegan, IL 60085-4349
15004461      405 Washington LLC,    102 Washington #203,    Waukegan, IL 60085
16163175     +Amatore Laporta,    17 Spring Creek Drive,    South Barrington, IL 60010-5324
15889743     +Amatore Laporta,    c/o William J. Factor,    1363 Shermer Road, Suite 224,
               Northbrook, IL 60062-4575
15004464      American Express,    P.O. Box 360002,    Ft. Lauderdale, FL 33336-0002
15004465      American Express,    Box 0001,   Los Angeles, CA 90096-0001
16064669      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15004466      Capital One,    P.O. Box 60000,   Seattle, WA 98190-6000
15004467      Chase,   PO Box 15298,    Wilmington, DE 19850-5298
15830653      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
15004468     +Christine Louis Corp,    10 N. Sheridan Road,    Waukegan, IL 60085-4375
15004478     +CitiBusiness Card,    PO Box 688901,    Des Moines, IA 50368-8901
15004482     +DiMonte & Lizak LLC,    216 W. Higgins Road,    Park Ridge, IL 60068-5706
15004481     +Diamond Bank,    1051 Permeter Drive,    Schaumburg, IL 60173-5009
15004484     +Field & Goldberg, LLC,    10 South LaSalle Street,    Chicago, IL 60603-1002
15004485     +First Commercial Bank,    6945 N. Clark Street,    Chicago, IL 60626-3298
15004486     +Firstbank,    6945 N. Clark Street,    Chicago, IL 60626-3222
15004487     +Hawthorn Woods Country Club,    One Tournament Dr. North,    Lake Zurich, IL 60047-8401
16143109      Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
15004489     +Karcher-Kinzie, LLC,    806 Greenwood Street,    Evanston, IL 60201-4312
15004490     +Keith L Moore,    806 Greenwood Street,    Evanston, IL 60201-4312
15004493     +MB Financial Bank, N.A.,    6111 N River Road,    Rosemont, IL 60018-5111
15004491     +Macy’s,    P.O. Box 183084,    Columbus, OH 43218-3084
15442004     +Matt Norkett,    6259 N. Leona Avenue,    Chicago, IL 60646-4811
15004494     +National City Bank,    1 North Franklin Street,    Suite 2150,    Chicago, IL 60606-3475
15441948     +Northwestern Mutual Life Insurance,    611 E. Wisconsin Ave,    Suite 300,
               Milwaukee, WI 53202-4695
15004495     +RpV Group, LLC,    687 N Milwaukee,    Chicago, IL 60642-8002
15900912     +Sarnoff & Baccash, Ltd.,    c/o Stein & Rotman,    105 W. Madison #600,    Chicago, IL 60602-4672
15004496     +Sarnoff & Baccash, Ltd.,    One North LaSalle Street,    Suite 1920,    Chicago, IL 60602-3929
15004497     +Scott & Kraus, LLC,    150 South Wacker Drive,    Suite 2900,    Chicago, IL 60606-4206
15004498     +Stahl Cowen Crowley Addis, LLC,    55 W. Monroe,    Suite 1200,    Chicago, IL 60603-5127
15004499     +Standard Bank & Trust,    7800 West 95th Street,    Hickory Hills, IL 60457-2298
16165168     +Standard Bank and Trust,    James Inendino, Esq.,    Loeb & Loeb LLP,    321 N. Clark Street #2300,
               Chicago, IL 60654-4746
15004504     +Stein & Rotman,    105 West Madison,    Chicago, IL 60602-4602
15889744     +Tamari & Blumenthal, LLC,    55 W. Monroe,    Suite 2370,    Chicago, IL 60603-5031
15004506     +US Bank Home Mortgage,    4801 Frederica St,    Owensboro, KY 42301-7441
15004505     +United Central Bank fka Mutual Bank,    c/o Shelly A DeRousse,    Stahl Cowen Crowley Addis LLC,
               55 W Monroe Street, Suite 1200,    Chicago,IL 60603-5127
15004507     +Wiczer & Zelmer, LLC,    500 Skokie Blvd., Suite 350,    Northbrook, IL 60062-2877

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15754779      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 20 2013 01:28:14      Discover Bank,
               Dfs Services LLC,    PO Box 3025,   New Albany, OH  43054-3025
15004483      E-mail/PDF: mrdiscen@discoverfinancial.com Jun 20 2013 01:28:14      Discover Card,
               P.O. Box 6103,    Carol Stream, IL 60197-6103
15004480      E-mail/Text: cio.bncmail@irs.gov Jun 20 2013 00:54:53      Department of the Treasury,
               Internal Revenue Service,    PO Box 9019,    Holtsville, NY 11742-9019
15123464      E-mail/Text: cio.bncmail@irs.gov Jun 20 2013 00:54:53
               Department of the Treasury-Internal Revenue Servic,    Centralized Insolvency Operations,
               PO Box 21126,    Philadelphia PA 19114
15004488      E-mail/Text: cio.bncmail@irs.gov Jun 20 2013 00:54:54      IRS,    230 S. Dearborn Street,
               Chicago, IL 60604
15825468     +E-mail/Text: resurgentbknotifications@resurgent.com Jun 20 2013 00:55:29
               PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Lois West
15004476        Citibank
15004477        Citibank-CLC
```

```
District/off: 0752-1           User: ccabrales             Page 2 of 3                  Date Rcvd: Jun 19, 2013
                               Form ID: pdf006             Total Noticed: 47

15004462*      405 Washington LLC,    102 Washington #203,    Waukegan, IL 60085
15004463*      405 Washington LLC,    102 Washington #203,    Waukegan, IL 60085
15004469*     +Christine Louis Corp,    10 N. Sheridan Road,    Waukegan, IL 60085-4375
15004470*     +Christine Louis Corp,    10 N. Sheridan Road,    Waukegan, IL 60085-4375
15004471*     +Christine Louis Corp,    10 N. Sheridan Road,    Waukegan, IL 60085-4375
15004472*     +Christine Louis Corp,    10 N. Sheridan Road,    Waukegan, IL 60085-4375
15004473*     +Christine Louis Corp,    10 N. Sheridan Road,    Waukegan, IL 60085-4375
15004474*     +Christine Louis Corp,    10 N. Sheridan Road,    Waukegan, IL 60085-4375
15004475*     +Christine Louis Corp,    10 N. Sheridan Road,    Waukegan, IL 60085-4375
15004492*     +Macy's,   P.O. Box 183084,    Columbus, OH 43218-3084
15004500*     +Standard Bank & Trust,    7800 West 95th Street,    Hickory Hills, IL 60457-2298
15004501*     +Standard Bank & Trust,    7800 West 95th Street,    Hickory Hills, IL 60457-2298
15004502*     +Standard Bank & Trust,    7800 West 95th Street,    Hickory Hills, IL 60457-2298
15004503*     +Standard Bank & Trust,    7800 West 95th Street,    Hickory Hills, IL 60457-2298
15004509*     +Zoom Property Group, LLC,    10 N. Sheridan Road,    Waukegan, IL 60085-4349
15004510*     +Zoom Property Group, LLC,    10 N. Sheridan Road,    Waukegan, IL 60085-4349
15004511*     +Zoom Property Group, LLC,    10 N. Sheridan Road,    Waukegan, IL 60085-4349
15004512*     +Zoom Property Group, LLC,    10 N. Sheridan Road,    Waukegan, IL 60085-4349
15004513*     +Zoom Property Group, LLC,    10 N. Sheridan Road,    Waukegan, IL 60085-4349
15004479    ##+Crowley & Lamb,    350 N. LaSalle Street,   Suite 900,    Chicago, IL 60654-5136
15004508    ##+Zoom Property Group, LLC,    10 N. Sheridan Road,    Waukegan, IL 60085-4349
                                                                             TOTALS: 3, * 19, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 21, 2013**                    **Signature:**        *Joseph Speetjens*

```
District/off: 0752-1          User: ccabrales            Page 3 of 3                  Date Rcvd: Jun 19, 2013
                              Form ID: pdf006            Total Noticed: 47
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2013 at the address(es) listed below:

```
              Aaron   Davis    on behalf of Interested Party    T6 UNISON SITE MANAGEMENT, LLC
               aaron.davis@bryancave.com,
               CHDocketing@bryancave.com;kathryn.flaherty@bryancave.com;thomas.schell@bryancave.com
              Aaron   Davis    on behalf of Interested Party    UNISON SITE MANAGEMENT II, LLC
               aaron.davis@bryancave.com,
               CHDocketing@bryancave.com;kathryn.flaherty@bryancave.com;thomas.schell@bryancave.com
              Abraham   Brustein, ESQ    on behalf of Debtor Mark   Zoll abrustein@dimonteandlizak.com,
               phogan@dimontelaw.com
              Alex   Pirogovsky    on behalf of Interested Party    Aleph Point, LLC alex@pflaw1.com,
               aleksandra@pflaw1.com
              Blair R Zanzig    on behalf of Creditor    Standard Bank and Trust Co. bzanzig@hwzlaw.com
              Derek D Samz    on behalf of Debtor Mark   Zoll dereksamz@gmail.com, nromando@dimontelaw.com
              Eric J Malnar    on behalf of Creditor    Restructure Capital, LLC emalnar@stahlcowen.com
              Eric J Malnar    on behalf of Creditor    BCL-Waukegan, LLC emalnar@stahlcowen.com
              Francis J. Pendergast, III    on behalf of Creditor    PNC Bank National Association, Successor In
               Interest To National City Bank fpendergast@crowleylamb.com,
               ibenavides@crowleylamb.com;docket@crowleylamb.com
              Francis J. Pendergast, III    on behalf of Creditor    PNC Bank National Association
               fpendergast@crowleylamb.com,   ibenavides@crowleylamb.com;docket@crowleylamb.com
              Joanne H Yi    on behalf of Trustee John E Gierum joanne@gierummantas.com
              John E Gierum    jgierum@7trustee.net,   IL25@ecfcbis.com
              John E Gierum    on behalf of Trustee John E Gierum jgierum@7trustee.net,   IL25@ecfcbis.com
              Julia Jensen Smolka    on behalf of Debtor Mark   Zoll jjensen@dimonteandlizak.com
              Lance G Johnson    on behalf of Creditor    The First Commercial Bank ljohnson@martin-karcazes.com
              Leslie Allen Bayles    on behalf of Interested Party    T6 UNISON SITE MANAGEMENT, LLC
               leslie.bayles@bryancave.com
              Leslie Allen Bayles    on behalf of Interested Party    UNISON SITE MANAGEMENT II, LLC
               leslie.bayles@bryancave.com
              Louis D Bernstein    on behalf of Interested Party John   Thomas lbernstein@law-ldb.com
              Maria   Georgopoulos    on behalf of Creditor    U.S. Bank, N.A. nd-three@il.cslegal.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Shelly A. DeRousse    on behalf of Creditor    BCL-Waukegan, LLC sderousse@stahlcowen.com,
               cgarcia@stahlcowen.com
              Shelly A. DeRousse    on behalf of Creditor    Restructure Capital, LLC sderousse@stahlcowen.com,
               cgarcia@stahlcowen.com
              Shelly A. DeRousse    on behalf of Creditor    United Central Bank sderousse@stahlcowen.com,
               cgarcia@stahlcowen.com
              Stanley F. Orszula    on behalf of Creditor    Standard Bank and Trust Co. sfo@quarles.com
              William J Factor    on behalf of Interested Party Laporta   Amatore wfactor@wfactorlaw.com,
               wfactorlaw@gmail.com;nb@wfactorlaw.com
                                                                                              TOTAL: 25
```