# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: ZOLL, MARK                                 §   Case No. 10-02748
                                                  §
                                                  §
Debtor(s)                                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $572,226.94
*(without deducting any secured claims)*

Assets Exempt:  $172,126.94

Total Distribution to Claimants: $32,330.83

Claims Discharged
Without Payment: $4,096,704.42

Total Expenses of Administration: $9,172.06

---

3)  Total gross receipts of $    41,502.89    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $    0.00    (see **Exhibit 2** ), yielded net receipts of $41,502.89 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,172.06 | 9,172.06 | 9,172.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 166,720.41 | 166,720.41 | 32,330.83 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 3,962,314.84 | 3,962,314.84 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $4,138,207.31 | $4,138,207.31 | $41,502.89 |

4) This case was originally filed under Chapter 7 on January 26, 2010. The case was pending for 45 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/06/2013            By:  /s/JOHN E. GIERUM
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Variable Life Insurance Northwestern Mutual Poli | 1129-000 | 19,000.00 |
| Entire Membership Interest in Zoom Property Grou | 1129-000 | 5,000.00 |
| Entire Membership Interest in 102 Washington LLC | 1129-000 | 15,000.00 |
| 2002 Audi S4  (u) | 1229-000 | 2,500.00 |
| Interest Income | 1270-000 | 2.89 |
| **TOTAL GROSS RECEIPTS** | | **$41,502.89** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN E. GIERUM | 2100-000 | N/A | 4,900.29 | 4,900.29 | 4,900.29 |
| Lois West, Popowcer Katten, Ltd. | 3410-000 | N/A | 2,016.00 | 2,016.00 | 2,016.00 |
| JOHN E. GIERUM | 2200-000 | N/A | 101.02 | 101.02 | 101.02 |
| The Bank of New York Mellon | 2600-000 | N/A | 45.72 | 45.72 | 45.72 |
| The Bank of New York Mellon | 2600-000 | N/A | 93.66 | 93.66 | 93.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 84.95 | 84.95 | 84.95 |
| The Bank of New York Mellon | 2600-000 | N/A | 81.95 | 81.95 | 81.95 |
| The Bank of New York Mellon | 2600-000 | N/A | 90.25 | 90.25 | 90.25 |
| The Bank of New York Mellon | 2600-000 | N/A | 84.42 | 84.42 | 84.42 |
| The Bank of New York Mellon | 2600-000 | N/A | 89.63 | 89.63 | 89.63 |
| The Bank of New York Mellon | 2600-000 | N/A | 95.33 | 95.33 | 95.33 |
| The Bank of New York Mellon | 2600-000 | N/A | 99.95 | 99.95 | 99.95 |
| The Bank of New York Mellon | 2600-000 | N/A | 80.58 | 80.58 | 80.58 |
| The Bank of New York Mellon | 2600-000 | N/A | 91.52 | 91.52 | 91.52 |
| The Bank of New York Mellon | 2600-000 | N/A | 80.24 | 80.24 | 80.24 |
| The Bank of New York Mellon | 2600-000 | N/A | 88.36 | 88.36 | 88.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 85.41 | 85.41 | 85.41 |
| The Bank of New York Mellon | 2600-000 | N/A | 76.98 | 76.98 | 76.98 |
| The Bank of New York Mellon | 2600-000 | N/A | 90.56 | 90.56 | 90.56 |
| The Bank of New York Mellon | 2600-000 | N/A | 82.14 | 82.14 | 82.14 |
| The Bank of New York Mellon | 2600-000 | N/A | 79.24 | 79.24 | 79.24 |
| Rabobank, N.A. | 2600-000 | N/A | 61.24 | 61.24 | 61.24 |
| Rabobank, N.A. | 2600-000 | N/A | 53.48 | 53.48 | 53.48 |
| Rabobank, N.A. | 2600-000 | N/A | 55.29 | 55.29 | 55.29 |
| Rabobank, N.A. | 2600-000 | N/A | 60.92 | 60.92 | 60.92 |
| Illinois Department of Revenue | 2820-000 | N/A | 130.00 | 130.00 | 130.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 214.00 | 214.00 | 214.00 |
| Rabobank, N.A. | 2600-000 | N/A | 58.93 | 58.93 | 58.93 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $9,172.06 | $9,172.06 | $9,172.06 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|-------|------|------|------|------|------|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|------|------|------|------|------|------|------|
| 6P | Department of the Treasury | 5800-000 | N/A | 154,512.10 | 154,512.10 | 32,330.83 |
| 7P | Illinois Department of Revenue | 5800-000 | N/A | 12,208.31 | 12,208.31 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $166,720.41 | $166,720.41 | $32,330.83 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|------|------|------|------|------|------|------|
| 1 | Discover Bank | 7100-000 | N/A | 10,649.81 | 10,649.81 | 0.00 |
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 21,119.34 | 21,119.34 | 0.00 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 13,991.44 | 13,991.44 | 0.00 |
| 4 | Sarnoff & Baccash, Ltd. | 7100-000 | N/A | 6,155.00 | 6,155.00 | 0.00 |
| 5 | American Express Bank, FSB | 7100-000 | N/A | 8,155.96 | 8,155.96 | 0.00 |
| 6U | Department of the Treasury | 7100-000 | N/A | 23,501.93 | 23,501.93 | 0.00 |
| 7U | Illinois Department of Revenue | 7100-000 | N/A | 284.04 | 284.04 | 0.00 |
| 8 | Amatore Laporta | 7100-000 | N/A | 125,000.00 | 125,000.00 | 0.00 |
| 9 | Standard Bank and Trust | 7100-000 | N/A | 3,175,464.29 | 3,175,464.29 | 0.00 |
| 10 | United Central Bank fka Mutual Bank | 7100-000 | N/A | 577,993.03 | 577,993.03 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $0.00 | $3,962,314.84 | $3,962,314.84 | $0.00 |

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 10-02748 | Trustee:        (520171)   JOHN E. GIERUM |
| Case Name:    ZOLL, MARK | Filed (f) or Converted (c):  01/26/10 (f) |
| | §341(a) Meeting Date:  03/01/10 |
| Period Ending: 11/06/13 | Claims Bar Date:  09/21/10 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home 461 Valhalla, Vernon Hills, I | 400,000.00 | 5,000.00 | | 0.00 | FA |
| 2 | Cash | 30.00 | 0.00 | | 0.00 | FA |
| 3 | Checking Account Chase Bank Acct: 111002733xxxx | 2,176.04 | 0.00 | | 0.00 | FA |
| 4 | General Household Furnishings Baby Grand Piano-- | 3,000.00 | 1,500.00 | | 0.00 | FA |
| 5 | Ordinary Clothing | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Golf clubs, miscellaneous sport equipment. | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 7 | Variable Life Insurance Northwestern Mutual Poli<br>    Duplicate of asset no. 8   Void | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Variable Life Insurance Northwestern Mutual Poli | 90,000.00 | 29,000.00 | | 19,000.00 | FA |
| 9 | College America Plan FBO Taylor Zoll Adminstrato | 12,139.94 | 0.00 | | 0.00 | FA |
| 10 | College American Plan FBO Jacob Zoll Adminstrato | 32,258.86 | 0.00 | | 0.00 | FA |
| 11 | IRA Charles Schwab Acct: 2189-xxxx | 2,267.64 | 0.00 | | 0.00 | FA |
| 12 | IRA Adminstrator: LSW Policy: 620xxxx | 87,534.00 | 0.00 | | 0.00 | FA |
| 13 | IRA Administrator: State Farm Mutual Acct: 70xxx | 31,420.46 | 0.00 | | 0.00 | FA |
| 14 | Entire Membership Interest in Zoom Property Grou | Unknown | Unknown | | 5,000.00 | FA |
| 15 | Entire Membership Interest in Christine Louis Co | 0.00 | 0.00 | OA | 0.00 | FA |
| 16 | Entire Membership Interest in 102 Washington LLC | 0.00 | 0.00 | | 15,000.00 | FA |
| 17 | Entire Membership Interest in 4627 South Drexel | 0.00 | 0.00 | OA | 0.00 | FA |
| 18 | Entire Membership Interest in Christine Louis Co | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Entire Membership Interest in 405 Washington LLC | 0.00 | 0.00 | | 0.00 | FA |
| 20 | 2009 Tax Refund--unknown | 0.00 | 0.00 | | 0.00 | FA |
| 21 | General Office Equipment, desk, computer, etc. | 300.00 | 0.00 | | 0.00 | FA |
| 22 | 2002 Audi S4  (u)  (u) | 6,500.00 | 1,356.09 | | 2,500.00 | FA |
| 23 | 102 Washington LLC Ultimate Sale  (See Footnote) | 0.00 | 0.00 | | 0.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 2.89 | FA |
| 24 | **Assets    Totals** (Excluding unknown values) | **$668,726.94** | **$37,856.09** | | **$41,502.89** | **$0.00** |

RE PROP# 23    duplicate of asset 16, sale voided and sale proceeds returned

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 10-02748 | **Trustee:** (520171)    JOHN E. GIERUM |
| **Case Name:** ZOLL, MARK | **Filed (f) or Converted (c):** 01/26/10 (f) |
| | **§341(a) Meeting Date:** 03/01/10 |
| **Period Ending:** 11/06/13 | **Claims Bar Date:** 09/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

finishing  review of claims and tax work

**Initial Projected Date Of Final Report (TFR):**    December 31, 2013        **Current Projected Date Of Final Report (TFR):**    June 18, 2013  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-02748 |
| **Case Name:** | ZOLL, MARK |
| | |
| **Taxpayer ID #:** | **-***3892 |
| **Period Ending:** | 11/06/13 |

| | |
|---|---|
| **Trustee:** | JOHN E. GIERUM (520171) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******16-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 09/07/10 | {16} | Restructure Capital LLC | SALE PROCEEDS | 1129-000 | 15,000.00 | | 15,000.00 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 15,000.02 |
| 10/14/10 | {14} | Mark Zoll | Preference Recovery | 1129-000 | 5,000.00 | | 20,000.02 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 20,000.04 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 20,000.08 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.04 | | 20,000.12 |
| 01/07/11 | {22} | Mark S. Zoll | SALE PROCEEDS | 1229-000 | 2,500.00 | | 22,500.12 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 22,500.17 |
| 02/04/11 | | To Account #9200******1666 | TRANSFER OF FUNDS | 9999-000 | | 19.65 | 22,480.52 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 22,480.57 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 22,480.63 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 22,480.69 |
| 05/16/11 | {16} | Aleph Point, LLC | Sales Proceeds | 1129-000 | 15,000.00 | | 37,480.69 |
| 05/16/11 | {16} | Restructure Capital LLC | Reversed Deposit 100001 1 SALE PROCEEDS | 1129-000 | -15,000.00 | | 22,480.69 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.12 | | 22,480.81 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.18 | | 22,480.99 |
| 07/26/11 | {8} | Mark Zoll | Life Insurance Policy | 1129-000 | 19,000.00 | | 41,480.99 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.21 | | 41,481.20 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 45.72 | 41,435.48 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 41,435.83 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 96.50 | 41,339.33 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -2.84 | 41,342.17 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 41,342.50 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 84.95 | 41,257.55 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 41,257.90 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 81.95 | 41,175.95 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.33 | | 41,176.28 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 90.25 | 41,086.03 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 41,086.37 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 84.42 | 41,001.95 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 41,002.29 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 89.63 | 40,912.66 |
| 02/07/12 | | To Account #9200******1666 | TRANSFER OF FUNDS | 9999-000 | | 37.19 | 40,875.47 |
| 02/14/12 | {23} | Restructure Capital, LLC | Replacement for Check 1102 | 1129-000 | 15,000.00 | | 55,875.47 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 95.33 | 55,780.14 |

| | | | Subtotals : | | $56,502.89 | $722.75 | |

{} Asset reference(s)

Printed: 11/06/2013 10:58 AM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 10-02748 |
| **Case Name:** | ZOLL, MARK |
| **Taxpayer ID #:** | **-***3892 |
| **Period Ending:** | 11/06/13 |

| | |
|---|---|
| **Trustee:** | JOHN E. GIERUM (520171) |
| **Bank Name:** | The Bank of New York Mellon |
| **Account:** | 9200-******16-65 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/15/12 | | To Account #9200******1666 | TRANSFER OF FUNDS | 9999-000 | | 15,000.00 | 40,780.14 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 99.95 | 40,680.19 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 80.58 | 40,599.61 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 91.52 | 40,508.09 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 80.24 | 40,427.85 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 88.36 | 40,339.49 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 85.41 | 40,254.08 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 76.98 | 40,177.10 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 90.56 | 40,086.54 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 82.14 | 40,004.40 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 79.24 | 39,925.16 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001052017188 20130103 | 9999-000 | | 39,925.16 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 56,502.89 | 56,502.89 | **$0.00** |
| Less: Bank Transfers | 0.00 | 54,982.00 | |
| **Subtotal** | 56,502.89 | 1,520.89 | |
| Less: Payments to Debtors | 0.00 | | |
| **NET Receipts / Disbursements** | **$56,502.89** | **$1,520.89** | |

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 10-02748 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | ZOLL, MARK | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******16-66 - Checking Account |
| Taxpayer ID #: | **-***3892 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/06/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/04/11 | | From Account #9200******1665 | TRANSFER OF FUNDS | 9999-000 | 19.65 | | 19.65 |
| 02/07/11 | 101 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/03/2011 FOR CASE #10-02748, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/11 | 2200-000 | | 19.65 | 0.00 |
| 02/07/12 | | From Account #9200******1665 | TRANSFER OF FUNDS | 9999-000 | 37.19 | | 37.19 |
| 02/10/12 | 102 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #10-02748, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2012 | 2200-000 | | 37.19 | 0.00 |
| 03/15/12 | | From Account #9200******1665 | TRANSFER OF FUNDS | 9999-000 | 15,000.00 | | 15,000.00 |
| 03/20/12 | 103 {23} | Aleph Point LLC | Refund of Sale | 1129-000 | -15,000.00 | | 0.00 |

|  | | | ACCOUNT TOTALS | | 56.84 | 56.84 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | Less: Bank Transfers | | 15,056.84 | 0.00 | |
| | | | Subtotal | | -15,000.00 | 56.84 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $-15,000.00 | $56.84 | |

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 10-02748 | |
| **Case Name:** ZOLL, MARK | |
| **Taxpayer ID #:** **-***3892 | |
| **Period Ending:** 11/06/13 | |

| | |
|---|---|
| **Trustee:** | JOHN E. GIERUM (520171) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ****629465 - Checking Account |
| **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 39,925.16 | | 39,925.16 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 61.24 | 39,863.92 |
| 02/08/13 | 11001 | JOHN E. GIERUM | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2013 FOR CASE #10-02748, Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/2013 | 2200-000 | | 44.18 | 39,819.74 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 53.48 | 39,766.26 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 55.29 | 39,710.97 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 60.92 | 39,650.05 |
| 05/24/13 | 11002 | Illinois Department of Revenue | 2010 IL-1041 | 2820-000 | | 130.00 | 39,520.05 |
| 05/24/13 | 11003 | Illinois Department of Revenue | 2011 IL-1041 | 2820-000 | | 214.00 | 39,306.05 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 58.93 | 39,247.12 |
| 08/12/13 | 11004 | JOHN E. GIERUM | Dividend paid 100.00% on $4,900.29, Trustee Compensation;  Reference: | 2100-000 | | 4,900.29 | 34,346.83 |
| 08/12/13 | 11005 | Lois West, Popowcer Katten, Ltd. | Dividend paid 100.00% on $2,016.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 2,016.00 | 32,330.83 |
| 08/12/13 | 11006 | Department of the Treasury | First and Final Distribution | 5800-000 | | 32,330.83 | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 39,925.16 | 39,925.16 | $0.00 |
| Less: Bank Transfers | 39,925.16 | 0.00 | |
| **Subtotal** | 0.00 | 39,925.16 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $0.00 | $39,925.16 | |

Exhibit 9

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 10-02748 |
| Case Name: | ZOLL, MARK |
| Taxpayer ID #: | **-***3892 |
| Period Ending: | 11/06/13 |

| | |
|---|---|
| Trustee: | JOHN E. GIERUM (520171) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****629466 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-*****16-65** | 56,502.89 | 1,520.89 | 0.00 |
| **Checking # 9200-*****16-66** | -15,000.00 | 56.84 | 0.00 |
| **Checking # ****629465** | 0.00 | 39,925.16 | 0.00 |
| **Checking # ****629466** | 0.00 | 0.00 | 0.00 |
| | $41,502.89 | $41,502.89 | $0.00 |